Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA  94618
Telephone: (510) 601-1309
Email:  craigabrandt@att.net

Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MANTREX INC., dba WIT SALES AND REFINING, a California corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No.:  4:22-cv-01414-KAW<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AGAINST DEFENDANT WITH PREJUDICE; AND [PROPOSED] ORDER FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT.**<br><br>**FRCP 41(a)(2)**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, et seq.)** |

WHEREAS, Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC ("EDEN")

Defendant MANTREX dba WIT SALES AND REFINING, by and through their attorneys of

record, hereby enter into this Stipulation to Dismiss Plaintiff's Complaint and all claims against

Defendants with prejudice.

WHEREAS, Plaintiff and Defendant (the "Parties") have entered into a confidential

settlement agreement that achieves a full and final settlement of all Plaintiff's claims against

Defendant as set forth in the Complaint filed in this matter on March 4, 2022 (Docket No. 1).

WHEREAS, on February 23, 2023, the Parties filed a Notice of Settlement notifying the

Court that the Parties had reached a full settlement to resolve all outstanding issues in this action

(Docket No. 28).

WHEREAS, on February 6, 2023, Plaintiff served a copy of the confidential settlement

agreement on the United States Department of Justice ("DOJ") for the mandatory 45-Day review

1

1    period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.

2         WHEREAS, the DOJ has determined the expiration date for the 45-Day review period is

3    March 23, 2023.

4         WHEREAS, the statutory agency period of review has now expired without any

5    objection being lodged by the DOJ.

6         WHEREAS, the Settling Parties are hereby stipulating to and herein requesting an order

7    from this Court (1) dismissing with prejudice all Plaintiff's claims as to Defendant, and (2)

8    concurrently retaining jurisdiction over this matter for purposes of dispute resolution and

9    enforcement of the confidential settlement agreement.

10        NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

11   Parties that Plaintiff's Complaint and all claims against Defendant shall be dismissed with

12   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

13        The Parties respectfully request an order from this Court dismissing such claims with

14   prejudice, with each side to bear their own attorney fees and costs, except as provided for by the

15   terms of the Confidential Settlement Agreement.  The Parties further request that this Court

16   retain jurisdiction over the Parties with respect to disputes arising under the terms of the

17   confidential settlement agreement.

18
19   IT IS SO STIPULATED AND AGREED.

20   Dated: March 23, 2023                              Respectfully,

21
22                                                      By:  /s/ Craig A. Brandt
                                                            Craig A. Brandt
23   Dated:  March 23, 2023                                 Attorney for Plaintiff

24
25                                                      By: /s/ Lauren Berger
                                                            Lauren Berger, Esq.
26                                                          Attorney for Defendant

27
28

1
2
*Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

3
**[PROPOSED] ORDER**

4

5
6
Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

7
8
9
10
The Complaint filed in this matter by Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, and all claims against Defendant MANTREX, INC., dba WIT SALES AND REFINING are hereby dismissed in their entirety with prejudice.  Each party is to bear their own attorney fees and costs, except as provided for in the confidential settlement agreement.

11
12
13
The Court shall retain and have jurisdiction over the Parties with respect to dispute resolution and enforcement under the settlement agreement. The Parties are to notify the Court if the agreement terminates early.

14
PURSUANT TO STIPULATION, IT IS SO ORDERED.

15
16
DATED: _____, 2023

17
18
_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28